**Deny and Opinion Filed November 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00826-CV**

**IN RE WEATHERALL FAMILY FUNERAL SERVICES, LLC D/B/A
ETERNAL REST FUNERAL HOME, Relator**

**Original Proceeding from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15878**

**ORDER**
Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus and **DENY** relator's motion to stay as moot.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE